```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000

 5

 6           IN THE UNITED STATES DISTRICT COURT FOR THE

 7                   EASTERN DISTRICT OF CALIFORNIA

 8

 9  UNITED STATES OF AMERICA,    )   1:10-CR-00305-LJO
                                 )
10              Plaintiff,       )   FINAL ORDER OF FORFEITURE
                                 )
11       v.                      )
                                 )
12  ERNESTO ROCHA,               )
     aka Michael Mendez,         )
13  JESUS RODRIGUEZ SALCIDO, and )
    MARCO ANTONIO LOPEZ-FLOREZ,  )
14                               )
                Defendants.      )
15  ─────────────────────────────)
```

16  WHEREAS, on April 8, 2011 and October 6, 2011, the Court
17  entered Preliminary Orders of Forfeiture, forfeiting to the United
18  States all right, title, and interest of defendants Ernesto Rocha,
19  Marco Antonio Lopez-Florez, and Jesus Rodriguez Salcido in the
20  following property:
21      a.  One 9mm Ruger firearm,
        b.  One Ruger Speed Six .357 magnum handgun with a
22          loaded magazine, and
        c.  One Remington scoped rifle.
23

24  AND WHEREAS, beginning on April 9 and November 17, 2011, for
25  at least 30 consecutive days, the United States published notice
26  of the Court's Order of Forfeiture on the official internet
27  government forfeiture site www.forfeiture.gov.  Said published
28  notice advised all third parties of their right to petition the

                              1              Final Order of Forfeiture

Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following persons or entities known to have an alleged interest in the above-listed properties: John Thomas Hernandez, Jr., Dominique C. Minaberrigarai, and Fabian H. Gomez;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Ernesto Rocha, Jesus Rodriguez Salcido, and Marco Antonio Lopez-Florez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:  April 9, 2012**        /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE